**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                    \*
In Re:   Heidi Gagnon                               \*       Case No.:  19-10450-BAH
                                                    \*       Chapter 13
                Debtor(s)                           \*
                                                    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON DEBTOR'S MOTION**
**TO**
**SELL PERSONAL RESIDENCE**

After Notice and an Opportunity to be Heard, the Court makes the following Order:

1.   The Debtor's Request to Sell her Personal Residence is Granted;

2.   The proceeds of the sale will be applied as follows:

   a.   The Debtor's share of any closing costs associated with the sale of her personal residence, including the Broker's Commission shall be paid in full from the proceeds of the sale.

   b.   After the disbursements provided for in paragraph 2a are fully satisfied, the proceeds shall be applied to satisfy any Mortgages, Real Estate Taxes and/or other liens encumbering the property;

   c.   After the disbursements provided for in paragraphs 2a and 2b above are fully satisfied, the Debtor(s) is authorized to retain the excess proceeds up to the amount of $120,000.00 as her exempt equity pursuant to N.H. Rev. Stat. Ann. § 480:1, the New Hampshire "Homestead" Exemption;

   d.   After the disbursements provided for in paragraphs 2a through 2c above are fully satisfied, proceeds in a sum sufficient to pay all filed claims, including all unsecured non-priority claims, shall be promptly paid to the Chapter 13 Trustee, Lawrence P. Sumski as payment in full on the Debtor's Chapter 13 Plan of Reorganization;

   e.   After the disbursements provided for in paragraphs 2a through 2d above are fully satisfied, the remaining proceeds, if any, shall be the property of the Debtor, Heidi Gagnon.

3.   The 14-day stay is waived pursuant to Bankruptcy Rule 6004(h).

**SO ORDERED:**

Dated: January 18, 2022

/s/ Bruce A. Harwood
_____
Bruce A. Harwood, Chief Judge